[No. 11538-1-III.  Division Three.  December 15, 1992.]

MARY A. ALEXANDER, ET AL, *Appellants*, v. THE COUNTY OF WALLA WALLA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-2-00027-2, Donald W. Schacht, J., entered April 4, 1991. *Reversed* by unpublished opinion per Green, J. Pro Tem., concurred in by Thompson, A.C.J., and Munson, J.

[No. 11091-5-III.  Division Three.  December 15, 1992.]

MAX BIGBY, ET AL, *Appellants*, v. DARRELL KELLER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 88-2-50171-1, Duane E. Taber, J., entered August 16, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.

[No. 13869-7-II.  Division Two.  December 16, 1992.]

ABERDEEN FEDERAL SAVINGS AND LOAN ASSOCIATION, *Respondent*, v. RELIABLE BUILDERS, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89-2-01299-1, Michael G. Spencer, J., entered May 7, 1990. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Seinfeld, J., and Wieland, J. Pro Tem.